# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Sportsinsurance.com, Inc.**
    Plaintiff(s)

vs.                        **CASE NUMBER: 8:20-cv-403**

**The Hanover Insurance Company, Inc.**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice for failure to state a claim.

All of the above pursuant to the order of the Honorable **Lawrence E. Kahn**, dated this 13th day of December, 2022.

DATED: December 13, 2022

_signature: John Domurad_
Clerk of Court

s/_____
Daniel Krug
Deputy Clerk